No. 343. BISTOR ET AL. *v.* McDONOUGH, COUNTY TREASURER. October 17, 1932. Petition for writ of certiorari

642

to the Supreme Court of Illinois denied. *Messrs. James M. Beck, Ferre C. Watkins, Perry J. Ten Hoor* for petitioners. *Messrs. J. Kent Greene, Oscar E. Carlstrom,* and *W. H. Sexton* for respondent.